IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TOMMY THOMPSON, | }<br>} |
| Plaintiff, | } |
| | } CIVIL ACTION NO. |
| v. | } |
| | } 00-AR-2048-M |
| DANIEL LIMBAUGH, d/b/a<br>LIMBAUGH HOME BUILDERS, JAMES<br>ISBELL and SUSAN ISBELL, | }<br>}<br>} |
| Defendants. | } |

FILED
01 OCT -2 PM 3:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
OCT - 2 2001

### FINAL JUDGMENT

In accordance with the findings of fact and conclusions of law dictated into the record, and the orders of the court that preceded those findings and conclusions, judgment is ENTERED in favor of defendants. Plaintiff, Tommy Thompson, shall have and recover NOTHING of any defendant.

Costs are taxed against plaintiff.

DONE this 2nd day of October, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE